IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BIRTA R. FORD                                                                              PLAINTIFF

v.                                            CIVIL ACTION NO. 1:21-CV-13-SA-DAS

WAL-MART STORES EAST, LP and
MATTHEW WISECUP                                                     DEFENDANTS

FINAL JUDGMENT

For the reasons set forth in the Court's Order and Memorandum Opinion issued this day, summary judgment is granted in the Defendants' favor. Ford's claims are dismissed with prejudice. This CASE is CLOSED.

SO ORDERED, this the 1st day of August, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE